

# NUMBER 13-20-00321-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **SAUL MARQUEZ GARZA,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

## On appeal from the 24th District Court of Calhoun County, Texas.

# ORDER

**Before Chief Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

The cause is before the Court on its own motion. Appellant's counsel filed an Anders brief, and appellant has been unable to examine the record in order to file a pro se brief. On November 3, 2020, we ordered the trial court to ensure that appellant has the opportunity to fully examine the appellate record and that the trial court notify this Court as to the date upon which the appellate record was made available to appellant. *See Kelly*

*v. State,* 436 S.W.3d 313 (Tex. Crim. App. 2014).

On January 8, 2021 and February 8, 2021, we received letters from the court reporter along with receipts indicating the reporter's record was mailed to the appellant. However, neither mailings were successfully delivered. Therefore, pro se appellant has not yet had the opportunity to fully examine the appellate record.

Accordingly, it is hereby ORDERED the trial court take any and all action necessary to ensure appellant has the opportunity to fully examine the appellate record on or before thirty (30) days from the date of this order. The trial court shall also cause a supplemental record containing related findings and/or orders, and a supplemental reporter's record, if any, to be filed on or before thirty (30) days from the date of this order.

Furthermore, Appellant shall have thirty (30) days from the day the appellate record is first made available to him to file his pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
8th day of March, 2021.